IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Kevin Miles, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:18cv330 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Jennifer McElfresh, | : | |
| | : | |
| Defendant(s), | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 6, 2018 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 20, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Susan J. Dlott

Judge Susan J. Dlott
United States District Court